IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )        No. 1:12-00007
                                 )        JUDGE HAYNES
WILLIAM BARRY MARTIN,            )
                                 )
        Defendant.               )

# O R D E R

The trial of this action is hereby set for **Tuesday, November 6, 2012, at 9:00 a.m.**

Any motion for a continuance shall be filed **at least two weeks** prior to trial and shall be

supported by an affidavit stating the reasons for the continuance.  A speedy trial waiver executed

by the Defendant shall also accompany such motion.  In addition, the motion shall set forth

proposed alternative trial dates and other pretrial deadlines consistent with the Court's standard

Order that are agreeable to counsel for all parties.  Failure to comply with these requirements can

constitute grounds to deny the motion.

Any motion requiring an evidentiary hearing shall be filed by the close of business on

**Tuesday, September 25, 2012**  and a response is due **two weeks thereafter**.  If an evidentiary

hearing is requested on a motion, counsel for the parties shall submit a proposed Agreed Order

with a hearing date on a **Monday at 10:00 a.m. or 1:30 p.m. or Friday at 9:00 a.m. or 1:30**

**p.m., or at other time(s) the Court deem necessary.**  The Court recommends that counsel

suggest more than one date in the event of a conflict with the Court's calendar.

Any plea agreement shall be consummated by **12:00 p.m., Friday, October 19, 2012,**

and the Courtroom Deputy so notified.  Any plea agreement shall be heard at **1:30 p.m.,**

**Monday, October 22, 2012**. If the defendant does not intend to enter a plea at the initial date designated, **counsel for the defendant shall notify the Court at least three (3) days in advance to assist in the Court's calendar**. No plea agreement will be entertained unless it is in compliance with this Order. If there is a plea agreement, the United States shall submit a summary of the elements of offense(s) to which the Defendant is pleading guilty by **12:00 p.m., Monday, October 22, 2012**.

Absent a guilty plea or motion to continue the trial filed in accordance with this Order, counsel for the parties shall appear on **Monday, October 22, 2012 at 1:30 p.m.,** to discuss trial issues, including compliance with Local Rules on discovery and any major pretrial issues.

**The Court's staff is not authorized to entertain any telephonic requests for a continuance or extension of any deadlines in this Order, Notice or set by a Local Rule of Court. Such a request shall be considered only upon a motion made in open court or by a written motion of a party or joint motion of the parties.**

It is so **ORDERED**.

**ENTERED** this the _____ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge