IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO. 1:12-00007 |
| WILLIAM BARRY MARTIN | ) | Chief Judge Haynes |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's motion to continue trial (Docket Entry No. 18). Under 18 U.S.C. § 3161(h)(7)(B)(iv), and based upon Defendant's counsel's statements, this motion is **GRANTED** in the interest of justice to allow defense counsel adequate time to be prepared for trial. 18 U.S.C. § 3161(h)(7)(A). Within twenty (20) days from the date of this order, counsel for the parties shall submit an agreed order with a new trial date and related pretrial deadlines.

It is so **ORDERED**.

ENTERED this the 18th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court