IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:12-cr-00007 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| WILLIAM BARRY MARTIN | ) | |

## ORDER

The sentencing hearing in this action is reset for Monday, October 28, 2013 at 1:30 p.m at the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 27th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court